# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY L. HARGIS,<br><br>Petitioner - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Respondents - Appellees. | No. 04-55257<br>D.C. No. CV-03-01146-DOC<br>SA<br><br>**JUDGMENT**  |
| UNITED STATES OF AMERICA,<br><br>Petitioner - Appellee,<br><br>v.<br><br>ANTHONY L. HARGIS,<br><br>Respondent - Appellant. | No. 04-55258<br>D.C. No. CV-03-01424-DOC<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Central District of California (Santa Ana).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California (Santa Ana) and was duly submitted.



35

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED and REMANDED** for correction of the docket.

Filed and entered Friday, December 30, 2005

A TRUE COPY  3/20/06
ATTEST
CATHY CATTERSON
Clerk of Court

by: _____
Deputy Clerk

This certification does constitute the mandate of the court.